**FILED**
OCT - 2 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EVERETT MCKINLEY TOY, <br><br> Petitioner, <br><br> v. <br><br> DOMINGO URIBE, JR., Warden, <br><br> Respondent. | Case No. CV 09-6539-JSL (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated:  October 1, 2009

*Spencer Letts*

_____
J. Spencer Letts
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 2 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY